# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TERRA RENEWAL LLC                                                                           PLAINTIFF

v.                                          NO. 4:10CV00714 JLH

RHETT MARLOW                                                                                DEFENDANT

## ORDER

R. Gary Nutter, local counsel for defendant, has filed a motion to permit the *pro hac vice* appearance of L. Matt Wilson and Simon Jenner. The motion is GRANTED. Document #5. L. Matt Wilson and Simon Jenner are hereby admitted to appear before this Court as co-counsel for defendant in this action.

IT IS SO ORDERED this 25th day of June, 2010.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE